**FILED**
AUG 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
<u>NORTHERN</u> DISTRICT OF CALIFORNIA

SI
(PR)

GABRIEL HERNANDEZ,
          Plaintiff,

vs.

THE PEOPLE OF THE STATE OF CALIFORNIA,
          Defendant.

CASE NO. CV 08 4085

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, _gabriel hernandez_, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?           Yes ___   No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APP. TO PROC. IN FORMA PAUPERIS     - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  "THE LAST PLACE OF EMPLOYMENT PRIOR TO MY
4  IMPRISONMENT" WAS V.M.S. CONSTRUCTION COMP-
5  ANY, PHONE #. 408.634.9904
6  2.     Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8       a.   Business, Profession or              Yes ___ No ✗
9            self employment
10      b.   Income from stocks, bonds,           Yes ___ No ✗
11           or royalties?
12      c.   Rent payments?                       Yes ___ No ✗
13      d.   Pensions, annuities, or              Yes ___ No ✗
14           life insurance payments?
15      e.   Federal or State welfare payments,   Yes ___ No ✗
16           Social Security or other govern-
17           ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____
22  3.     Are you married?                       Yes ___ No ✗
23  Spouse's Full Name: _____
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____ Net $_____
27  4.     a.   List amount you contribute to your spouse's support:$ _____
28         b.   List the persons other than your spouse who are dependent upon you for support

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.  Do you own or are you buying a home?      Yes ___ No ☒

Estimated Market Value: $_____  Amount of Mortgage: $_____

6.  Do you own an automobile?      Yes ___ No ☒

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $_____

Monthly Payment: $_____

7.  Do you have a bank account? Yes ___ No ☒ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash? Yes ___ No ☒ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ___ No ☒

_____

8.  What are your monthly expenses?

Rent: $ ____∅____      Utilities: ____∅____

Food: $ ____∅____      Clothing: ____∅____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

1  N/A

2

3  10.  Does the complaint which you are seeking to file raise claims that have been presented in
4  other lawsuits?  Yes ___  No ☒
5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6  they were filed.

7

8

9  I consent to prison officials withdrawing from my trust account and paying to the court the
10  initial partial filing fee and all installment payments required by the court.
11  I declare under the penalty of perjury that the foregoing is true and correct and understand
12  that a false statement herein may result in the dismissal of my claims.

13

14  _8.18.08_        _[signature]_
15      DATE            SIGNATURE OF APPLICANT

```
REPORT ID: TS3030                                        REPORT DATE: 08/08/07
                                                         PAGE NO:        1

                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                              KERN VALLEY STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT


                    FOR THE PERIOD: JUL. 01, 2007 THRU AUG. 08, 2007


ACCOUNT NUMBER : F16381            BED/CELL NUMBER: FCB100000000231L
ACCOUNT NAME   : HERNANDEZ, GABRIEL    ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                              TRUST ACCOUNT ACTIVITY


  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>



                            CURRENT HOLDS IN EFFECT
  DATE        HOLD
  PLACED      CODE       DESCRIPTION              COMMENT       HOLD AMOUNT
  ----------  ----       -----------              -------       -----------
  07/17/2007  H118   LEGAL COPIES HOLD            0096LCOPY           8.30
  07/20/2007  H118   LEGAL COPIES HOLD            0126/LCOPY         56.40

                              TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL         TOTAL       CURRENT       HOLDS      TRANSACTIONS
  BALANCE       DEPOSITS    WITHDRAWALS    BALANCE      BALANCE     TO BE POSTED
  ---------   ----------    -----------   ---------    ---------    ------------
      0.00         0.00          0.00         0.00        64.70            0.00



                                                         CURRENT
                                                        AVAILABLE
                                                         BALANCE
                                                        ---------
                                                           64.70-
                                                        ---------
```

```
REPORT ID: TS3030  .701                                   REPORT DATE: 06/06/08
                                                          PAGE NO:         1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                           KERN VALLEY STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT


                   FOR THE PERIOD: MAY  01, 2008 THRU JUN. 06, 2008


ACCOUNT NUMBER : F16381            BED/CELL NUMBER: FCB100000000231L
ACCOUNT NAME   : HERNANDEZ, GABRIEL   ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                             TRUST ACCOUNT ACTIVITY

    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              TRUST ACCOUNT SUMMARY

   BEGINNING      TOTAL         TOTAL        CURRENT       HOLDS      TRANSACTIONS
    BALANCE      DEPOSITS    WITHDRAWALS     BALANCE      BALANCE     TO BE POSTED
   ----------   ----------   -----------   -----------   ---------   -------------
       0.00         0.00         0.00          0.00         0.00          0.00


                                                          CURRENT
                                                         AVAILABLE
                                                          BALANCE
                                                        -----------
                                                             0.00
```

```
REPORT ID: TS3030  .701                              REPORT DATE: 05/12/08
                                                     PAGE NO:       1
                     CALIFORNIA DEPARTMENT OF CORRECTIONS
                          KERN VALLEY STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: APR. 01, 2008 THRU MAY 12, 2008

ACCOUNT NUMBER : F16381                BED/CELL NUMBER: FCB100000000231L
ACCOUNT NAME   : HERNANDEZ, GABRIEL    ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                           TRUST ACCOUNT ACTIVITY

  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                           TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL         TOTAL         CURRENT       HOLDS        TRANSACTIONS
   BALANCE      DEPOSITS     WITHDRAWALS     BALANCE      BALANCE       TO BE POSTED
  ---------    ---------     -----------    ---------    ---------      ------------
     0.00         0.00          0.00          0.00         0.00             0.00

                                                            CURRENT
                                                           AVAILABLE
                                                            BALANCE
                                                          -----------
                                                              0.00
                                                          -----------
```

```
REPORT ID: TS3030  .701                              REPORT DATE: 04/11/08
                                                     PAGE NO:         1
                     CALIFORNIA DEPARTMENT OF CORRECTIONS
                           KERN VALLEY STATE PRISON
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: MAR. 01, 2008 THRU APR. 11, 2008

ACCOUNT NUMBER : F16381              BED/CELL NUMBER: FCB100000000231L
                 HERNANDEZ, GABRIEL  ACCOUNT TYPE: I
PRIVILEGE GROUP: B

                             TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL         TOTAL         CURRENT       HOLDS         TRANSACTIONS
 BALANCE        DEPOSITS      WITHDRAWALS   BALANCE       BALANCE       TO BE POSTED
 ---------      ---------     ---------     ---------     ---------     ---------
    0.00          0.00          0.00          0.00          0.00          0.00


                                             CURRENT
                                             AVAILABLE
                                             BALANCE
                                             ---------
                                               0.00
```

```
REPORT ID: TS3030  .701                          REPORT DATE: 03/10/08
                                                 PAGE NO:       1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         KERN VALLEY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: FEB. 01, 2008 THRU MAR. 10, 2008

ACCOUNT NUMBER : F16381             BED/CELL NUMBER: FCB100000000231L
ACCOUNT NAME   : HERNANDEZ, GABRIEL     ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                         TRUST ACCOUNT ACTIVITY

   << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                        CURRENT HOLDS IN EFFECT
   DATE      HOLD
  PLACED     CODE        DESCRIPTION          COMMENT      HOLD AMOUNT
 ----------  ----  ----------------------   ----------   ------------

 02/26/2008  H118  LEGAL COPIES HOLD         1328/LCOPY        5.90
 03/05/2008  H114  COPAY FEE, MED.           1388/MD           5.00

                         TRUST ACCOUNT SUMMARY

 BEGINNING     TOTAL       TOTAL      CURRENT      HOLDS      TRANSACTIONS
  BALANCE    DEPOSITS   WITHDRAWALS   BALANCE     BALANCE     TO BE POSTED
 ---------  ----------  -----------  ----------  ----------  -------------
     0.00       0.00        0.00        0.00       10.90         0.00

                                                  CURRENT
                                                 AVAILABLE
                                                  BALANCE
                                                -----------
                                                    10.90-
                                                -----------
```

```
REPORT ID: TS3030  .701                              REPORT DATE: 02/08/08
                                                     PAGE NO:        1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                          KERN VALLEY STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JAN. 01, 2008 THRU FEB. 08, 2008

ACCOUNT NUMBER : F16381              BED/CELL NUMBER: FCB100000000231L
ACCOUNT NAME   : HERNANDEZ, GABRIEL  ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                          TRUST ACCOUNT ACTIVITY

  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                         CURRENT HOLDS IN EFFECT
  DATE       HOLD
  PLACED     CODE       DESCRIPTION            COMMENT      HOLD AMOUNT
  ----------  ----  ------------------------  ----------   ------------
  01/28/2008  H118  LEGAL COPIES HOLD         2863/LCOPY        2.00

                          TRUST ACCOUNT SUMMARY

  BEGINNING    TOTAL       TOTAL       CURRENT      HOLDS     TRANSACTIONS
  BALANCE     DEPOSITS   WITHDRAWALS   BALANCE     BALANCE    TO BE POSTED
  ---------  ----------  -----------  ---------   ---------   ------------
     0.00       0.00         0.00       0.00        2.00          0.00

                                                  CURRENT
                                                  AVAILABLE
                                                  BALANCE
                                                  ---------
                                                     2.00-
```