**United States District Court**
For the Northern District of California

1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                        NORTHERN DISTRICT OF CALIFORNIA
8
9    GABRIEL HERNANDEZ,                          No. C 08-4085 SI (pr)
10              Petitioner,                       **ORDER EXTENDING DEADLINES**
11        v.
12   PEOPLE OF THE STATE OF
     CALIFORNIA,
13
14              Respondent.
     _____/
15
16        Respondent has filed an <u>ex parte</u> request for a 60-day extension of time to respond to the
17   petition for writ of habeas corpus.  Having considered the request and the accompanying
18   declaration of attorney William Kuimelis, the court GRANTS respondent's request.  (Docket #
19   6.)  Respondent must file and serve his response to the petition no later than **June 29, 2009**.
20   Petitioner must file and serve his traverse no later than **August 7, 2009.**
21        IT IS SO ORDERED.
22   DATED: May 7, 2009                     _____
                                             SUSAN ILLSTON
23                                           United States District Judge
24
25
26
27
28