**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL HERNANDEZ, | No. C 08-4085 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. / | |

Respondent has filed an <u>ex parte</u> request for a second 60-day extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney William Kuimelis, the court GRANTS respondent's request. (Docket # 8.) Respondent must file and serve his response to the petition no later than **August 28, 2009**. Petitioner must file and serve his traverse no later than **October 2, 2009.**

IT IS SO ORDERED.

DATED: July 2, 2009

_Susan Illston_
SUSAN ILLSTON
United States District Judge