UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL HERNANDEZ,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent.<br>                                                                    / | No. C 08-4085 SI (pr)<br><br>**ORDER** |

    Petitioner has filed an <u>ex parte</u> application for an enlargement of time to file a reply in support of his motion for stay and abeyance of these proceedings. Upon due consideration of the application and petitioner's declaration, the application is GRANTED. (Docket # 21.) Petitioner must file and serve his reply brief, if any, no later than **December 11, 2009**. No further extensions of time will be permitted on this deadline.

    IT IS SO ORDERED.

DATED: November 5, 2009

                                                                   SUSAN ILLSTON<br>
                                                              United States District Judge