UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL HERNANDEZ,<br><br>　　　Petitioner,<br><br>　　v.<br><br>KELLY HARRINGTON, Acting Warden,<br><br>　　　Respondent.<br>_____/ | No. C 08-4085 SI (pr)<br><br>**JUDGMENT** |

The petition for writ of habeas corpus is denied.

IT IS SO ORDERED AND ADJUDGED.

DATED: July 1, 2011

　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　United States District Judge