UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL HERNANDEZ,<br><br>    Petitioner,<br><br>  v.<br><br>KELLY HARRINGTON, Acting Warden,<br><br>    Respondent.<br>_____/ | No. C 08-4085 SI (pr)<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

    The court denied a certificate of appealability in its July 1, 2011 Order Denying Habeas Petition and Denying Certificate of Appealability. Thereafter, petitioner filed an application for a certificate of appealability. A certificate of appealability will not issue. Reasonable jurists would not "find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000). The application for a certificate of appealability is DENIED. (Docket # 35.) All further motions should be filed in the U.S. Court of Appeals for the Ninth Circuit.

    IT IS SO ORDERED.

DATED: September 13, 2011

                                          SUSAN ILLSTON<br>                                         United States District Judge